1  **WO**

2

3

4

5

6                     IN THE UNITED STATES DISTRICT COURT

7                        FOR THE DISTRICT OF ARIZONA

8   United States of America,        )
                                      )
9                        Plaintiff,   )
                                      )
10          v.                        )    NO. 06-0115M
                                      )
11  Angela Bracamonte-Herber and      )    O R D E R
    Donald Earl McIntire              )
12                                    )
                         Defendants.  )
13  _____

          Having considered the motion of the defendants[1] to allow the
14
    Government additional time under the Speedy Trial Act to file an
15
    indictment, together with the Government's response to that
16
    motion, the Court finds that the ends of justice served by
17
    granting the extension outweigh the best interest of the public
18
    and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).
19
          In making this finding, the Court has considered each of the
20
    factors specified in 18 U.S.C. § 3161(h)(8)(B).  In addition, the
21
    Court has considered the following:
22
          1.  Counsel has only recently been appointed for the
23
    defendants.
24
          2.  The Government's policy, which is well known to the Court
25
    through proceedings in previous cases involving numerous
26
    _____

27       [1]A Motion to Extend Time to Indict was filed by defendant
    McIntire on April 4, 2006 (Doc. 15) and a Joinder was filed by
28  defendant Bracamonte-Herber on April 4, 2006 (Doc. 17).

1   defendants, provides a sentencing incentive to encourage early

2   pleas of guilty in cases brought pursuant to 8 U.S.C. §§ 1324 and

3   1325.

4       3.   The savings in time by expediting the proceedings in

5   appropriate cases serves the public interest by reducing the costs

6   of detention, prosecution and defense as well as in bringing such

7   charges to a prompt resolution.

8       4.   The avoidance of grand jury proceedings with the

9   voluntary consent of a defendant, when appropriate, reduces the

10  number of proceedings required to bring a criminal matter to a

11  prompt resolution.

12      5.   An early decision by a defendant to reach a plea

13  agreement with the Government often avoids the need to present the

14  matter to a grand jury.

15      6.   In order to allow the defendants' attorneys an

16  opportunity to investigate possible defenses to a charge in a

17  criminal complaint and to adequately counsel the defendants,

18  additional time is often needed for the filing of an indictment or

19  information beyond the thirty (30) day period provided in the

20  Speedy Trial Act.   The Government's standard offer requires the

21  defendants to waive their right to grand jury proceedings.   If the

22  defendant does not agree to this procedure within the time allowed

23  by statute, the Government would withdraw the plea offer.

24      7.   Disposition of immigration cases through the pre-

25  indictment plea offer results in an expeditious resolution of the

26  case.   Granting a thirty (30) day continuance allows defense

27  counsel time to assure that the plea offer is in the defendants'

28                                      2

1   best interests.

2       The Court therefore concludes that the ends of justice are

3   best served by granting an extension of time to present the case

4   to the grand jury and in excluding a period of thirty (30) days

5   under the Speedy Trial Act.  In making this determination, the

6   Court has particularly taken into account that the failure to

7   grant the defendants' requests "would deny counsel for the

8   defendant. . .the reasonable time necessary for effective

9   preparation, taking into account the exercise of due diligence."

10  18 U.S.C. § 3161(h)(8)(B)(iv).

11      **IT IS ORDERED** granting defendant McIntire's Motion to Extend

12  Time to Indict (Doc. 15) and defendant Bracamonte-Herber's Joinder

13  (17).

14      **IT IS FURTHER ORDERED** that excludable time shall begin to run

15  on the 31st day after arrest for a period of thirty (30) days in

16  which the Government may present the case to the grand jury.

17      DATED this 5th day of April, 2006.

18

19

20

21   _____
                Virginia A. Mathis
22           United States Magistrate Judge

23

24

25

26

27

28                                  3